*ple v. Schreiber* (1973), 18 Ill.App.3d 410.) However, it is well established in Illinois that the imposition of sentence is a matter of judicial discretion, and the sentence imposed by the trial court will not be disturbed on review unless the trial judge abused his discretion. (*People v. Burbank* (1972), 53 Ill.2d 261.) In this case the sentence was within the statutory limits, and the trial judge had the benefit of a presentence report. We hold this cause should be remanded to the trial court to credit the defendant with time served while on probation. The concurrent terms of 1 year and 2 to 6 years will stand.

Affirmed and remanded with directions.

ADESKO, P. J., and BURMAN, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JEFFERY LOVE, Defendant-Appellant.

(No. 59547;

First District (3rd Division)—December 5, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner and Richard D. Kharas, Assistant Public Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Jerome Charles Randolph, and John T. Theis, Assistant State's Attorneys, of counsel), for the People.